**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Derrick Echols, Jr.**<br>Plaintiff(s) | ) | Case No. 11 C 6686 |
| | ) | |
| v. | ) | |
| **Dr. Frederick Craig, et al.**<br>Defendant(s) | ) | |

# JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: This case is dismissed with prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge George M. Marovich.

Date: 2/7/2014

Thomas G. Bruton, Clerk of Court

Carol Wing, Deputy Clerk