Dear Clerk of the Court,

Hello, yes I'm writing in regards to court ordered fee deductions concerning Case # 1:11-CV-06686 (Court order fee I.D # 10927 & 10928) Can you please inform me on the following information:

1) The original filing fee amount
2) The filing fee amount for the appeal
3) Amount of fees deducted from my Inmate Trust Fund Account total currently
4) Amount of fees owed towards total balance due.

For the past two (2) years, the Illinois Department of Corrections has been deducting large amounts of money from my inmate trust funds and I fear that this amount has surpassed my balance due to the Court for filing fee and appeal.

I am not aware of any other court fees or cases outside of Case # 1:11-CV-06686. If there are any other pending records for court fees owed, can you please inform me about all history so that I may figure out payment. Please inform me concerning dates as well.

Thank you very much sir,

Respectfully.

FILED
SEP 18 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# Menard Correctional Center
## Trust Fund
### JPAY Court Ordered Fee Deductions

**Notice To:** R15847 Echols, Derrick **Notice Date:** 9/4/2018

**Housing Unit:** MEN-N2-A -02-L1

The following item(s) were deducted from your JPAY receipt and posted to your Inmate Trust Fund.

| COF ID | Amount |
|---|---|
| 10927 | 8.00 |
| 10928 | 8.00 |

From:

Derrick Echols Jr. # R15847
Menard Correctional Center
711 Kaskaskia Street, Post Office Box 1000
Menard, Illinois. 62259

**Correspondence From IDOC Inmate**

-LEGAL MAIL-



U.S. POSTAGE >> PITNEY BOWES
ZIP 62259 $ 000.47⁰
02 1W
0001389078 SEP 05 2018

2018 SEP 18 AM 9: 0[?]
CLERK
US DISTRICT COURT

To:

United States District Court
Northern District of Illinois
Clerk of the Court, Thomas G. Bruton
* Prisoner Correspondence Office
219 South Dearborn Street
Chicago, Illinois. 60604

09/18/2018-53

Privilege Mail
Legal Correspondence!