IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERRICK ECHOLS, JR., | |
| Plaintiff, | Civil Action No. 1:11-cv-06686 |
| v. | Judge Joan B. Gottschall |
| FREDERICK CRAIG, | |
| Defendant. | |

## PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, Plaintiff Derrick Echols, Jr. and Defendant Frederick Craig, hereby stipulate to the dismissal of Plaintiff's claims with prejudice, with each party to bear its own attorney fees and costs.

Respectfully submitted,

/s/ Matthew G. McAndrews
Matthew G. McAndrews
NIRO McANDREWS, LLP
200 West Madison Street, Suite 2040
Chicago, IL 60606
Telephone: (312) 755-8581
mmcandrews@niro-mcandrews.com

*Attorney for Plaintiff,*
DERRICK ECHOLS, JR.

/s/ James E. Abbott
James E. Abbott
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, IL 60606-3300
Telephone: (312) 781-6572
abbott@litchfieldcavo.com

*Attorney for Defendant,*
FREDERICK CRAIG

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 7, 2019 the foregoing **PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** was filed using the Court's CM/ECF system, which system will provide electronic service of the same to all counsel of record.

*/s/ Matthew G. McAndrews*
*Attorneys for Plaintiff,*
DERRICK ECHOLS, JR.